divorce decree, we reverse the portion of the judgment below that vacated the orders confirming the registration of the Puerto Rico support orders and remand for enforcement of the registered and confirmed orders.[3] We affirm the portion of the judgment that affirmed the registration of the Puerto Rico order for prospective child support.

### III

{¶ 31} For all of these reasons, we hold that the 1976 and 1978 New York orders did not abrogate Cumba–Ortiz's child-support obligations under the 1971 Puerto Rico divorce decree.

{¶ 32} The judgment of the court of appeals is affirmed in part and reversed in part, and the cause is remanded for further proceedings not inconsistent with this opinion.

> Judgment affirmed in part
> and reversed in part,
> and cause remanded.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, and LANZINGER, JJ., concur.

O'DONNELL, J., concurs in judgment only.

———————

William D. Mason, Cuyahoga County Prosecuting Attorney, and Robert H. Grano Jr. and Jon W. Oebker, Assistant Prosecuting Attorneys, for appellant.

Gonda & Associates Co., L.P.A., and Diane M. Gonda; and Jose Torres–Ramirez, for appellee.

———————

IN RE LOOS.

[Cite as *In re Loos*, 116 Ohio St.3d 287, 2007-Ohio-6456.]

———————

3. We anticipate that the amounts Cumba–Ortiz has paid toward his support obligations, whether in New York, Puerto Rico, or Ohio, have been or will be credited in the calculation of the arrearage.

(No. 2006–1724—Submitted November 28, 2007—Decided December 11, 2007.)

{¶ 1} The judgment of the court of appeals is vacated, on the authority of *In re C.S.*, 115 Ohio St.3d 267, 2007-Ohio-4919, 874 N.E.2d 1177, to the extent that the court of appeals found that there was a valid waiver, and the cause is remanded to the juvenile court to consider the waiver issue in light of the totality-of-the-circumstances test set forth in *In re C.S.*

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

O'DONNELL, J., dissents for the reasons stated in his dissenting opinion in *In re C.S.*

David H. Bodiker, State Public Defender, and Jill E. Beeler, Assistant State Public Defender, for appellant.

IN RE MILLS.

[Cite as *In re Mills,* 116 Ohio St.3d 288, 2007-Ohio-6455.]

(No. 2007–0609—Submitted November 28, 2007—Decided December 11, 2007.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *In re C.S.*, 115 Ohio St.3d 267, 2007-Ohio-4919, 874 N.E.2d 1177.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.